UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Joshua Kenneth Turner,

    Plaintiff,

    v.

Ohio Department of Rehabilitation
And Correction, *et al.*,

    Defendants.

Case No. 2:19-cv-2376

Judge Michael H. Watson

Chief Magistrate Judge
Deavers

## ORDER

On August 15, 2019, Chief Magistrate Judge Deavers issued a Report and Recommendation ("R&R") recommending the Court dismiss in part Plaintiff's pro se prisoner civil rights Complaint. R&R 1–2, ECF No. 11. The R&R notified the parties of their right to object and warned that a failure to timely object would result in a waiver of de novo review by the Undersigned as well as a waiver of the right to appeal the Undersigned's adoption of the R&R. *Id.* at 8–9. The time period for filing objections to the R&R has expired, and no objections were filed.

As no objections have been filed, the Court **ADOPTS** the R&R and **DISMISSES** Plaintiff's claims in part, consistent with the R&R. The Clerk shall enter judgment in favor of ODRC, WCI, Chambers-Smith, and Jackson.

IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT