# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Joshua Kenneth Turner,

    Plaintiff,

v.

Mike Davis, *et al.*,

    Defendants.

Case No. 2:19-cv-2376

Judge Michael H. Watson

Chief Magistrate Judge Deavers

## OPINION AND ORDER

Chief Magistrate Judge Deavers issued a Report and Recommendation ("R&R") on August 15, 2019, recommending the Court dismiss, in part, Plaintiff's pro se prisoner civil rights Complaint. ECF No. 11. The Court adopted the R&R on September 6, 2019, when no timely objections were filed. Thereafter, Plaintiff stated that he did not receive the R&R and asked for additional time to object. ECF No. 16. The Court vacated its order adopting the R&R and granted Plaintiff additional time to object. ECF No. 18. Plaintiff has objected within the deadline established in that order. ECF No. 19.

Plaintiff objects only to the portion of the R&R that recommends dismissing Plaintiff's claims against Defendants Annette Chambers-Smith and Wanda Jackson. The Court therefore **ADOPTS** the R&R's recommendations as to all other Defendants. With respect to Chambers-Smith and Jackson, Plaintiff's objection states that Wanda Jackson refused to apply the Regulations for Religion by failing to refer Plaintiff's religious request to a committee. Obj., ECF

No. 19. Plaintiff's objection is **OVERRULED**. As the R&R correctly points out, Plaintiff's Complaint makes clear that he sues Chambers-Smith and Jackson for certain actions they allegedly did or did not take during the grievance procedure. See Compl., ECF No. 7. He therefore fails to state a §1983 claim against them for the reason stated in the R&R. To the extent Plaintiff seeks to add new allegations regarding Chambers-Smith or Jackson that are not related to the grievance procedure, he may not do so in objections to the R&R. Rather, Plaintiff must seek leave to amend his Complaint.

The R&R is **ADOPTED**.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT