# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

Joshua Kenneth Turner,

    Plaintiff,

v.

Ohio Department of Rehabilitation
And Correction, et al.,

    Defendants.

Case No. 2:19-cv-2376

Judge Michael H. Watson

Chief Magistrate Judge Deavers

## ORDER

Chief Magistrate Judge Deavers recommended the Court deny Plaintiff's application to the Clerk for entry of default against Defendant Chaplin Kehr and motion for default judgment against Defendant Kehr, ECF Nos. 25 & 26. R&R, ECF No. 28. The R&R notified the parties of their right to object to the same and of the consequences of failing to do so. *Id.* at 5. No party has timely objected to the R&R. Accordingly, the Court **ADOPTS** the R&R and **DENIES** Plaintiff's motion for entry of default against Defendant Kehr and motion for default judgment against Defendant Kehr. The Court will treat Defendant Kehr's Answer as timely. The Clerk shall terminate ECF Nos. 25 & 26.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**