UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Joshua Kenneth Turner,

    Plaintiff,                                    Case No. 2:19-cv-2376

    v.                                          Judge Michael H. Watson

Mike Davis, *et al.*,                  Chief Magistrate Judge Deavers

    Defendants.

## ORDER

Chief Magistrate Judge Deavers recommended the Court deny Plaintiff's motion for a preliminary injunction, ECF No. 68.  R&R, ECF No. 79.  The R&R notified the parties of their right to object to the same and of the consequences of failing to do so.  *Id.* at 10–11.  No party has timely objected to the R&R.  Accordingly, the Court **ADOPTS** the R&R and **DENIES** Plaintiff's motion for a preliminary injunction.  The Clerk shall terminate ECF Nos. 68 & 79.

**IT IS SO ORDERED.**

                                                    */s/ Michael H. Watson*
                                                **MICHAEL H. WATSON, JUDGE**
                                                **UNITED STATES DISTRICT COURT**